UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 26, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**AMENDED JUDGMENT IN A CIVIL CASE**

CAROL DAVIS, JOHN DAVIS, and
MICHELLE TORIGIANI

                v.         CASE NUMBER: CIV S-03-01649 WBS DAD

LOCKHEED MARTIN, et al.,

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF APRIL 19, 2005.**

                                                      Jack L. Wagner,
                                                      Clerk of the Court

ENTERED:    September 26, 2005

                                                      by:/s/ L. Mena-Sanchez
                                                      Deputy Clerk